**No. 11-204. Michael Shane Christopher, et al., Petitioners v. SmithKline Beecham Corporation, dba GlaxoSmithKline.**

565 U.S. 1057, 132 S. Ct. 760, 181 L. Ed. 2d 480, 2011 U.S. LEXIS 8505.

November 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit granted.

Same case below, 635 F.3d 383.

**No. 11-5683. Edward Dorsey, Sr., Petitioner v. United States.**

**No. 11-5721. Corey A. Hill, Petitioner v. United States.**

565 U.S. 1057, 132 S. Ct. 759, 181 L. Ed. 2d 480, 2011 U.S. LEXIS 8649.

November 28, 2011. Motions of petitioners for leave to proceed in forma pauperis granted. Petitions for writs of certiorari to the United States Court of Appeals for the Seventh Circuit granted. The cases are consolidated and a total of one hour is allotted for oral argument.

Same cases below, 635 F.3d 336 (No. 11–5683); 417 Fed. Appx. 560 (No. 11-5721).

**No. 10-1474. Edmund Chein, Petitioner v. California.**

565 U.S. 1057, 132 S. Ct. 755, 181 L. Ed. 2d 480, 2011 U.S. LEXIS 8494.

November 28, 2011. Petition for writ of certiorari to the Court of Appeal of California, Second Appellate District, denied.

**No. 10-1518. James R. Fisher, et al., Petitioners v. United States District Court for the Northern District of Texas, et al.**

565 U.S. 1057, 132 S. Ct. 798, 181 L. Ed. 2d 480, 2011 U.S. LEXIS 8540.

November 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 10-10273. Charles Franklin McAfee, Jr., Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

565 U.S. 1057, 132 S. Ct. 754, 181 L. Ed. 2d 480, 2011 U.S. LEXIS 8634.

November 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 630 F.3d 383.

**No. 10-10310. Christopher Burton Phillips, Petitioner v. City of Renton, Washington.**

565 U.S. 1057, 132 S. Ct. 812, 181 L. Ed. 2d 480, 2011 U.S. LEXIS 8565.

November 28, 2011. Petition for writ of certiorari to the Supreme Court of Washington denied.